IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| MARK TRUITT,<br>    Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, *Acting Commissioner of Social Security*,<br>    Defendant. | §<br>§<br>§<br>§  Civil Action No.: 1:19-00527-MGL<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This is a Social Security appeal. Pending before the Court is Plaintiff Mark Truitt's motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $3,900.00 and expenses in the amount of $20.85. Defendant Andrew M. Saul does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 16th day of June 2020 in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE